# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FRANK GARCIA JR. and KATHY G. GARCIA ) | Bankruptcy No. 20 B 09194 |
| Debtor. ) | |
| ------------------------------------------------------------- ) | |
| THE ILLINOIS DEPARTMENT OF ) | |
| EMPLOYMENT SECURITY ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary No. 20 A 00230 |
| ) | |
| FRANK GARCIA, JR. ) | |
| Defendant. ) | |

## ORDER AND NOTICE

Please take notice that the continued status hearing on the Adversary hearing, originally set for September 15, 2020 at 10:30 a.m., has been rescheduled to **September 23, 2020** at **11:00 a.m.**, in Courtroom 682.

Pursuant to Amended General Order 20-03, the hearing will be conducted via telephone conference and arrangements should be made with Court-Solutions by visiting www.Court-Solutions.com or calling (917) 746-7476

ENTER:

_____
Judge Jack B. Schmetterer

Dated: SEP - 1 2020

20 A 00230<br>IDES v. Garcia, Jr.

# CERTIFICATE OF SERVICE

I, Dorothy Clay, certify that on *September 1*, 2020, I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Dorothy Clay*<br>
Secretary/Deputy Clerk

## Electronic Service through CM/ECF System

Andrew Dryjanski
Illinois Attorney General
33 South State Street - Suite 992
Chicago, IL 60603
Counsel for Plaintiff

## First Class Mail

Frank Garcia, Jr.                    David H. Cutler
226 Whitewood Drive                  4131 Main Street
Streamwood, IL 60107                 Skokie, IL 60107