# UNITED STATES BANKRUPTCY
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:  Case No. 20-09194 | ) |
| | ) |
| FRANK GARCIA, JR., | ) |
| Debtor, | ) |
| | ) Bk No. 20-09194 |
| THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, | ) |
| | ) |
| Plaintiff, | ) Adv. Pro. No. 20-00230 |
| v. | ) |
| | ) Chapter 13 |
| FRANK GARCIA, JR., | ) |
| | ) Honorable Jack B. Schmetterer |
| Defendant. | ) |

## AGREED JUDGMENT ORDER FOR THE NON-DISCHARGEABILITY OF A DEBT

On the agreement of the parties in the above matter, to the entry of an agreed order on the adversary complaint in the above matter,

IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered in favor of the plaintiff and against the defendant as follows:

1. Defendant, FRANK GARCIA, JR. is indebted to plaintiff, Illinois Department of Employment Security ("IDES"), in the sum of $11,570.66.

2. This debt is non-dischargeable within the meaning of 11 U.S.C. §523(a)(2)(A).

Approved:

_[signature]_
FRANK GARCIA, JR.
Debtor/Defendant

_[signature]_
JOHN REDING
Attorney for Debtor

_[signature]_
ANDREW L. DRYJANSKI
Assistant Attorney General
For Plaintiff IDES

_____
JUDGE JACK B. SCHMETTERER
United States Bankruptcy Court

ENTER: _____

DATED: _____